IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

David L. Jones,                :

       Plaintiff      :

v.                             :    Misc. No. 2:05-mc-0065

United States Postal Service,  :

       Defendant.     :

### ORDER

Plaintiff submitted a complaint on October 20, 2005. He did not pay a filing fee, nor did he move for leave to proceed *in forma pauperis*. The Court granted him thirty days to do one or the other. To date, he has done neither. Consequently, this miscellaneous action is DISMISSED.

                                                    /s/ George C. Smith
                                               United States District Judge